# MEMORANDUM CASES.

[Crim. No. 2054. In Bank.—January 8, 1917.]

In re E. R. WAITE on Habeas Corpus.

COUNTIES—INTOXICATING LIQUORS.—Writ discharged and prisoner remanded on the authority of *In re Isch, ante,* p. 180.

APPLICATION for a Writ of Habeas Corpus.

The facts are similar to those stated in the opinion in *In re Isch, ante,* p. 180.

Allison & Dickson, for Petitioner.

T. W. Duckworth, District Attorney, for Respondent.

THE COURT.—On the authority of *In re Fred Isch, ante,* p. 180, this day decided, the writ is discharged and the petitioner remanded to the custody of the sheriff of San Bernardino County.